IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIGOBERTO POLANCO,

    Plaintiff,                    No. CIV S-11-0825 DAD P

    vs.

DEPARTMENT OF CORRECTIONS,

    Defendant.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed several documents with this court, including a "Citizen's Complaints Against Personnel" concerning the processing of an inmate appeal he has filed with a prison officials, an inmate appeal form he has submitted to prison officials concerning his request for the appointment of an investigator to assist him in defending himself on a prison rules violation charge, and an inmate appeal form he has submitted to prison officials concerning his claim of inadequate medical care at Kern Valley State Prison. Plaintiff has also filed with this court a form indicating his consent to the jurisdiction of the Magistrate Judge.

        Plaintiff is advised that the documents he has filed with this court are inadequate to commence a civil rights action. See Fed. R. Civ. P 3. In addition, it appears that this action was not commenced in the proper court. All of the potential defendants in any civil rights action

1

1  that plaintiff might elect to file in connection with the referred to matters are employed at Kern
2  Valley State Prison located in Kern County, which is part of the Fresno Division of the United
3  States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).  Plaintiff's
4  action with this court will, therefore, be administratively closed.  If plaintiff wishes to proceed
5  with a civil rights action, he must file a proper complaint with the United States District Court
6  for the Eastern District of California in Fresno.

7        Accordingly, IT IS HEREBY ORDERED that this action is administratively
8  closed.

9  DATED: May 2, 2011.

                      /s/ Dale A. Drozd
                      DALE A. DROZD
                      UNITED STATES MAGISTRATE JUDGE

13  DAD:4
    pola0825.56