IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIGOBERTO POLANCO,

    Plaintiff,                    No. CIV S-11-0825 DAD P

    vs.

DEPARTMENT OF CORRECTIONS,

    Defendant.                  ORDER

_____/

        On June 27, 2011, plaintiff filed a letter with the court which the court has construed as a request for the status of his case. This action was closed by order issued on May 3, 2011. In that order the court explained that "the documents [plaintiff] has filed with this court are inadequate to commence a civil rights action." (Doc. No. 4 at 1.) In addition, the court explained that any claims that plaintiff was apparently seeking to bring were properly pursued in the Fresno Division of the United States District Court for the Eastern District of California. (Id. at 2.)

        Plaintiff is now advised that documents filed by him since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff is also advised that if he wishes to pursue a civil rights action concerning allegations that he received inadequate

/////

medical care at Kern Valley State Prison, he should file a new civil rights action in the Fresno Division of the U.S. District Court for the Eastern District of California.

DATED: July 25, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
pola0825.58